**B1 (Official Form 1) (12/11)**

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Longoria, Richard A. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Longoria, Bonnie L. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>7910 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>6104 |
| Street Address of Debtor (No. and Street, City, and State):<br>105 Jonquil Drive<br>Davis Junction, Il.<br><div align="right">ZIP CODE 61020</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>105 Jonquil Drive<br>Davis Junction, Il.<br><div align="right">ZIP CODE 61020</div> |
| County of Residence or of the Principal Place of Business:<br>Ogle | County of Residence or of the Principal Place of Business:<br>Ogle |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP CODE</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP CODE</div> |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><div align="right">ZIP CODE</div> | |

**FILED**
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**JUN 21 2012**
**KENNETH S. GARDNER, CLERK**
**DEPUTY CLERK**

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☑ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | | |

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)        (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s):

Page 3

| Signatures |
|---|

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

6/21/12
_____
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

## Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re Bonnie L Longoria
     Richard A Longoria

Debtor

Case No._____

(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: 6/21/2012

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## <u>Northern</u>  District of  <u>Illinois</u>

In re <u>*Richard A. Longoria*</u>
<u>*Bonnie L. Longoria*</u>                                          Case No._____
                Debtor                                                        (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D.  Check one of the five statements below and attach any documents as directed.*

*B.L.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ___B. Longoria___

Date: ___6/21/12___

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny

your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court

_____ Northern _____ District Of _____ Illinois _____

In re  Richard A. Longoria
Bonnie L. Longoria                                              Case No. _____
_____
              Debtor

Chapter _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____          _____
Printed name and title, if any, of Bankruptcy Petition Preparer          Social Security number (If the bankruptcy petition
                                                          preparer is not an individual, state the Social Security
                                                          number of the officer, principal, responsible person, or
                                                          partner of the bankruptcy petition preparer.)  (Required
X_____          by 11 U.S.C. § 110.)

Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Richard A. Longoria
Bonnie L. Longoria                                     _____  6/21/2012
_____          Signature of Debtor          Date
Printed Name(s) of Debtor(s)

Case No. (if known) _____          X B. Longoria
                                                          _____
                                                          Signature of Joint Debtor (if any)
Date  6/21/12

_____

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B6I (Official Form 6I) (12/07)

In re Richard A Bonnie L Longoria     ,     Case No. 12-82414
_____
        **Debtor**                              (if known)

AMENDED

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | | |
|---|---|---|---|---|
| | RELATIONSHIP(S): married  *Granddaughter* | | AGE(S): 59  5 | |
| **Employment:** | **Bonnie L Longoria**  **DEBTOR** | | SPOUSE | **Richard A Longoria** |
| Occupation | Bus Driver Rout 13 | Disableity | | |
| Name of Employer | Roochelle TWP.High School Dist 212 | Social securty | | |
| How long employed | 2 Years | 1 year 11 Mouths | | |
| Address of Employer | flag Rd. | 502 E Jefferson ST. | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ 1,013.34 | $ 624.00 |
| 2. Estimate monthly overtime | | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | | $ 1,013.34 | $ 624.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 82.61 | $ |
| b. Insurance | | $ 14.69 | $ |
| c. Union dues | | $ | $ |
| d. Other (Specify): I.M.R.F. | | $ 45.60 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 142.90 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 870.44 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ 0.00 | $ |
| 8. Income from real property | | $ 0.00 | $ |
| 9. Interest and dividends | | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ 0.00 | $ |
| 11. Social security or government assistance (Specify): food stamps temp wife got hirt broke sholder | | $ 534.00 | $ 624.00 |
| 12. Pension or retirement income | | $ 0.00 | $ |
| 13. Other monthly income (Specify): | | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 534.00 | $ 624.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | | $ 1,404.00 | $ 624.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 2,028.44 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
OCT 29 2012
KENNETH S. GARDNER, CLERK
DEPUTY CLERK - LD

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
my wife will be able to go back to work on full working du ides at walmart and at bus barn but my ssi will go back down to 42.00 amouth

B6J (Official Form 6J) (12/07)

In re _Bonnie L. Longoria_,        Case No. _____
_Richard A. Longoria_
        **Debtor**                                    **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

[ ]  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 350.00 |
| a. Are real estate taxes included?        Yes _____   No X | | |
| b. Is property insurance included?        Yes _____   No X | | |
| 2. Utilities:   a. Electricity and heating fuel | | $ 800.00 |
| b. Water and sewer | | $ _____ |
| c. Telephone | | $ 69.00 |
| d. Other _____ | | $ _____ |
| 3. Home maintenance (repairs and upkeep) | | $ 60.00 |
| 4. Food | | $ 400.00 |
| 5. Clothing | | $ 30.00 |
| 6. Laundry and dry cleaning | | $ 30.00 |
| 7. Medical and dental expenses | | $ 12.00 |
| 8. Transportation (not including car payments) | | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ _____ |
| 10. Charitable contributions | | $ _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ _____ |
| b. Life | | $ _____ |
| c. Health | | $ _____ |
| d. Auto | | $ 130.00 |
| e. Other _____ | | $ _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 58.00 yr |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 300.00 |
| b. Other World Finance | | $ 185.00 |
| c. Other Security Finance | | $ 168.00 |
| 14. Alimony, maintenance, and support paid to others | | $ _____ |
| 15. Payments for support of additional dependents not living at your home | | $ _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ _____ |
| 17. Other _____ | | $ _____ |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 2,892.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ _____ |
| b. Average monthly expenses from Line 18 above | $ _____ |
| c. Monthly net income (a. minus b.) | $ _____ |

**CREDITOR:** First National Bank

ADDRESS: 340 MayMart Dr. P.O.Box 49

Rochelle, IL 61068-0049

(815) 562-5571

ACCOUNT #: 242940320

AMOUNT OF DEBT: $394.98

DATE DEBT INCURRED: 03/11

TYPE OF SECURITY (IF ANY) _____

MARKET VALUE: _____

IF SECURED, DO YOU PLAN TO REAFFIRM  ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)  ☒ NO

---

**CREDITOR:** Conseco Finance

ADDRESS: _____

ACCOUNT #: _____

AMOUNT OF DEBT: $15,000.00

DATE DEBT INCURRED: 2001

TYPE OF SECURITY (IF ANY) _____

MARKET VALUE: _____

IF SECURED, DO YOU PLAN TO REAFFIRM  ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)  ☒ NO

---

**CREDITOR:** Lincoln State Bank

ADDRESS: Rochelle, IL 61068

ACCOUNT #: _____

AMOUNT OF DEBT: $1,800.00

DATE DEBT INCURRED: 2007

TYPE OF SECURITY (IF ANY) _____

MARKET VALUE: _____

IF SECURED, DO YOU PLAN TO REAFFIRM  ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)  ☒ NO

---

**CREDITOR:** Wells Fargo Bank

ADDRESS: Huntley, IL

ACCOUNT #: _____

AMOUNT OF DEBT: $8,500.00

DATE DEBT INCURRED: 2007

TYPE OF SECURITY (IF ANY) _____

MARKET VALUE: _____

IF SECURED, DO YOU PLAN TO REAFFIRM  ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)  ☒ NO

---

**CREDITOR:** Holcomb State Bank

ADDRESS: Holcomb, IL

ACCOUNT #: _____

AMOUNT OF DEBT: $200.00

DATE DEBT INCURRED: _____

TYPE OF SECURITY (IF ANY) _____

MARKET VALUE: _____

Reaffirm  ☒ NO

---

**CREDITOR:** _____

ADDRESS: _____

ACCOUNT #: _____

AMOUNT OF DEBT: _____

DATE DEBT INCURRED: _____

TYPE OF SECURITY (IF ANY) _____

MARKET VALUE: _____

DATE DEBT INCURRED: _____

TYPE OF SECURITY (IF ANY) _____

MARKET VALUE: _____

IF SECURED, DO YOU PLAN TO REAFFIRM ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS) ☐ NO

---

TYPE OF SECURITY (IF ANY) _____

MARKET VALUE: _____

IF SECURED, DO YOU PLAN TO REAFFIRM ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS) ☐ NO

---

AFNI

**CREDITOR:** Direct TV

**ADDRESS:** 1310 MLK Dr.  P.O. Box 3427
Bloomington, IL 61702-3427
(888) 257-1585

**ACCOUNT #:** 28201159   AFNF#
045770870-02

**AMOUNT OF DEBT:** $154.08

**DATE DEBT INCURRED:** _____

**TYPE OF SECURITY (IF ANY)** _____

**MARKET VALUE:** _____

IF SECURED, DO YOU PLAN TO REAFFIRM ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS) ☒ NO

---

Portfolio Recovery Assoc., LLC

**CREDITOR:** US Cellular

**ADDRESS:** P.O. Box 12914   120 Corporate Blvd.
Norfolk, VA 23541
23502

**ACCOUNT #:** 929676915

**AMOUNT OF DEBT:** $302.31

**DATE DEBT INCURRED:** _____

**TYPE OF SECURITY (IF ANY)** _____

**MARKET VALUE:** _____

IF SECURED, DO YOU PLAN TO REAFFIRM ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS) ☒ NO

---

NCO Financial Systems, Inc.

**CREDITOR:** Direct TV   P.O. Box 15630

**ADDRESS:** P.O. Box 78626   Dept 09
Phoenix, AZ 85062   Wilmington DE
19850
(877) 273-3495
NCO Registration Code

**ACCOUNT #:** 57504499   IUDH11D-9E8W7B

**AMOUNT OF DEBT:** $1268.16

**DATE DEBT INCURRED:** _____

**TYPE OF SECURITY (IF ANY)** _____

**MARKET VALUE:** _____

Reaffirm ☒ NO

---

Creditors Interchange Receivable Mgmt. LLC

**CREDITOR:** Bill Me Later Inc

**ADDRESS:** 80 Holtz Dr.
Cheektowaga NY 14225
(877) 770-6335

**ACCOUNT #:** **** 5557   Ref# 15799906 C18

**AMOUNT OF DEBT:** $630.07

**DATE DEBT INCURRED:** _____

**TYPE OF SECURITY (IF ANY)** _____

**MARKET VALUE:** _____

Reaffirm ☒ NO

Atty. Registration #06195871

**CREDITOR:** Ford Motor Credit Co.
Bowman Heintz Boscia Vician
**ADDRESS:** 8605 Broadway

Merrillville, IN 46410

(219) 769-6671

**ACCOUNT #:** 99ARK-1028

**AMOUNT OF DEBT:** $20,931.72

**DATE DEBT INCURRED:** 08/2000

**TYPE OF SECURITY (IF ANY)**

**MARKET VALUE:**

IF SECURED, DO YOU PLAN TO REAFFIRM ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS) ☒ NO

---

Friedman & Wexler

**CREDITOR:** Ford Motor Credit Co.

**ADDRESS:** (312) 474-1000

Robt. Evans (312) 258-3417

**ACCOUNT #:** 179508   Case # 02 AR 233

**AMOUNT OF DEBT:** $3,028.47

**DATE DEBT INCURRED:** ?

**TYPE OF SECURITY (IF ANY)**

**MARKET VALUE:**

IF SECURED, DO YOU PLAN TO REAFFIRM ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS) ☒ NO

---

**CREDITOR:** Colleen G. Thomas

**ADDRESS:** 30 N. Western Avenue

Carpentersville, IL 60110

**ACCOUNT #:** Case # 11SC709

**AMOUNT OF DEBT:** $2,949.98

**DATE DEBT INCURRED:**

**TYPE OF SECURITY (IF ANY)**

**MARKET VALUE:**

IF SECURED, DO YOU PLAN TO REAFFIRM ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS) ☒ NO

---

**CREDITOR:** Convergent Outsourcing Inc.

**ADDRESS:** 10750 Hammerly Blvd #200

Houston, TX 77043
Plains Asset Mgmt
LVNV Funding LLC

**ACCOUNT #:** 473298848
Convergent Acct# T-83595.343

**AMOUNT OF DEBT:** $258.10

**DATE DEBT INCURRED:**

**TYPE OF SECURITY (IF ANY)** Tori Ferguson

**MARKET VALUE:** (866) 291-6364

IF SECURED, DO YOU PLAN TO REAFFIRM ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS) ☒ NO

---

AFNI, INC

**CREDITOR:** Sprint

**ADDRESS:** P.O. Box 3517

Bloomington, IL 61702

(866) 857-7193

**ACCOUNT #:** SPRINT: 312894238   AFNI #: 035777826-01

**AMOUNT OF DEBT:** $389.85

**DATE DEBT INCURRED:**

**TYPE OF SECURITY (IF ANY)**

**MARKET VALUE:**                Reaffirm   ☒ NO

IF SECURED, DO YOU PLAN TO REAFFIRM

---

**CREDITOR:** James G. Ahlberg Atty.

**ADDRESS:** 516 Fourth Ave

Rochelle, IL 61068

(815) 562-4443

**ACCOUNT #:** 125.436   client
matter: 6205

**AMOUNT OF DEBT:** $550.00

**DATE DEBT INCURRED:** 08/09

**TYPE OF SECURITY (IF ANY)**

**MARKET VALUE:**      Reaffirm   ☒ NO

**CREDITOR:** Security Finance

ADDRESS: P.O. Box 3146
Spartanburg, SC 29304

ACCOUNT #: 13729

AMOUNT OF DEBT: $390.00

DATE DEBT INCURRED: 07/09

TYPE OF SECURITY (IF ANY)

MARKET VALUE:

IF SECURED, DO YOU PLAN TO REAFFIRM  ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)  ☒ NO

---

**CREDITOR:** Security Finance

ADDRESS: P.O. Box 3146
Spartanburg, SC 29304

ACCOUNT #: 13355

AMOUNT OF DEBT: $390

DATE DEBT INCURRED: 07/09

TYPE OF SECURITY (IF ANY)

MARKET VALUE:

IF SECURED, DO YOU PLAN TO REAFFIRM  ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)  ☒ NO

---

**CREDITOR:** Security Finance

ADDRESS: P.O. Box 3146
Spartanburg, SC 29304

ACCOUNT #: 13022

AMOUNT OF DEBT: $390.00

DATE DEBT INCURRED: 11/08

TYPE OF SECURITY (IF ANY)

MARKET VALUE:

IF SECURED, DO YOU PLAN TO REAFFIRM  ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)  ☒ NO

---

**CREDITOR:** Security Finance

ADDRESS: P.O. Box 3146
Spartanburg, SC 29304

ACCOUNT #: 12441

AMOUNT OF DEBT: $219.00

DATE DEBT INCURRED: 06/08

TYPE OF SECURITY (IF ANY)

MARKET VALUE:

IF SECURED, DO YOU PLAN TO REAFFIRM  ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)  ☒ NO

---

**CREDITOR:** Security Finance

ADDRESS: P.O. Box 3146
Spartanburg, SC 29304

ACCOUNT #: 12134

AMOUNT OF DEBT: $219

DATE DEBT INCURRED: 03/08

TYPE OF SECURITY (IF ANY)

MARKET VALUE:

REAFFIRM ☒ NO

IF SECURED, DO YOU PLAN TO REAFFIRM  ☐ YES

---

**CREDITOR:** Security Finance

ADDRESS: P.O. Box 3146
Spartanburg, SC 29304

ACCOUNT #: 11783

AMOUNT OF DEBT: $219.00

DATE DEBT INCURRED: 11/07

TYPE OF SECURITY (IF ANY)

MARKET VALUE:

Reaffirm ☒ NO

**CREDITOR:** Nicor Gas

**ADDRESS:** 1844 Ferry Rd

Naperville, IL 60563

(630) 305-9500

**ACCOUNT #:** 5250 1844900

**AMOUNT OF DEBT:** ?

**DATE DEBT INCURRED:** 03/00

**TYPE OF SECURITY (IF ANY)**

**MARKET VALUE:**

IF SECURED, DO YOU PLAN TO REAFFIRM      ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☒ NO

---

**CREDITOR:** Plains comm.

**ADDRESS:** P.O. Box 89940

Sioux Falls, SD 57109

(800) 673-5812

**ACCOUNT #:** 4031732007140 7789

**AMOUNT OF DEBT:** $459.00

**DATE DEBT INCURRED:** 02/05

**TYPE OF SECURITY (IF ANY)**

**MARKET VALUE:**

IF SECURED, DO YOU PLAN TO REAFFIRM      ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☒ NO

---

**CREDITOR:** Security Finance

**ADDRESS:** P.O. Box 3146

Spartanburg, SC 29304

**ACCOUNT #:** 15131

**AMOUNT OF DEBT:** $390.00

**DATE DEBT INCURRED:** 08/10

**TYPE OF SECURITY (IF ANY)**

**MARKET VALUE:**

IF SECURED, DO YOU PLAN TO REAFFIRM      ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☒ NO

---

**CREDITOR:** Security Finance

**ADDRESS:** P.O. Box 3146

Spartanburg, SC 29304

**ACCOUNT #:** 14765

**AMOUNT OF DEBT:** $390.00

**DATE DEBT INCURRED:** 05/10

**TYPE OF SECURITY (IF ANY)**

**MARKET VALUE:**

IF SECURED, DO YOU PLAN TO REAFFIRM      ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☒ NO

---

**CREDITOR:** Security Finance

**ADDRESS:** P.O. Box 3146

Spartanburg, SC 29304

**ACCOUNT #:** 14368

**AMOUNT OF DEBT:** $390.00

**DATE DEBT INCURRED:** 12/09

**TYPE OF SECURITY (IF ANY)**

**MARKET VALUE:** Reaffirm ☒ NO

IF SECURED, DO YOU PLAN TO REAFFIRM      ☐ YES

---

**CREDITOR:** Security Finance

**ADDRESS:** P.O. Box 3146

Spartanburg, SC 29304

**ACCOUNT #:** 13985

**AMOUNT OF DEBT:** $390.00

**DATE DEBT INCURRED:** 09/09

**TYPE OF SECURITY (IF ANY)**

**MARKET VALUE:** Reaffirm ☒ NO

NCO FIN 99

**CREDITOR:** Internet Inc.
ADDRESS: P.O. Box 15636
Wilmington DE 19850
(800) 709-8625

ACCOUNT #: 735053021

AMOUNT OF DEBT: $.39

DATE DEBT INCURRED: 11/10

TYPE OF SECURITY (IF ANY)

MARKET VALUE:

IF SECURED, DO YOU PLAN TO REAFFIRM ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS) ☒ NO

---

**CREDITOR:** GEMB/JCP
ADDRESS: P.O. Box 984100
El Paso, TX 79998
(800) 542-0800

ACCOUNT #: 600889369500173 8

AMOUNT OF DEBT: 12/10

DATE DEBT INCURRED: $124.00

TYPE OF SECURITY (IF ANY)

MARKET VALUE:

IF SECURED, DO YOU PLAN TO REAFFIRM ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS) ☒ NO

---

**CREDITOR:** HSBC/TAX
ADDRESS: P.O. Box 15524
Wilmington, DE 19850
(800) 524-0628

ACCOUNT #: 2307507007638141

AMOUNT OF DEBT: $800.00

DATE DEBT INCURRED: 01/07

TYPE OF SECURITY (IF ANY)

MARKET VALUE:

IF SECURED, DO YOU PLAN TO REAFFIRM ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS) ☒ NO

---

**CREDITOR:** Motorola
ADDRESS:
Schaumburg, IL
(847)-576-5199

ACCOUNT #: 562496004

AMOUNT OF DEBT: $150.00

DATE DEBT INCURRED: 11/96

TYPE OF SECURITY (IF ANY)

MARKET VALUE:

IF SECURED, DO YOU PLAN TO REAFFIRM ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS) ☒ NO

---

**CREDITOR:** Motorola
ADDRESS:
Schaumburg, IL
(847) 576-5199

ACCOUNT #: 6490005624960004

AMOUNT OF DEBT: $4093.00

DATE DEBT INCURRED: 03/01

TYPE OF SECURITY (IF ANY)

MARKET VALUE:

IF SECURED, DO YOU PLAN TO REAFFIRM Reaffirm ☒ NO

---

**CREDITOR:** NICOR GAS
ADDRESS: 1844 Ferry Rd
Naperville IL 60563
(630) 305-9500

ACCOUNT #: 8076514070 1

AMOUNT OF DEBT: $

DATE DEBT INCURRED: 06/01

TYPE OF SECURITY (IF ANY)

MARKET VALUE:

Reaffirm ☒ NO

**CREDITOR:** Creditors PR

**ADDRESS:** 206 W State St.
Rockford, IL 61101
(815) 964-9331

**ACCOUNT #:** 8 05056 0000029122

**AMOUNT OF DEBT:** $252.00

**DATE DEBT INCURRED:** 12/06

**TYPE OF SECURITY (IF ANY)**

**MARKET VALUE:**

IF SECURED, DO YOU PLAN TO REAFFIRM   ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☒ NO

---

Credit Protection Asso

**CREDITOR:** Comcast

**ADDRESS:** 13355 Noel Rd Ste 2100
Dallas, TX 75240
(972) 233-9614

**ACCOUNT #:** 13242575 11

**AMOUNT OF DEBT:** $126.00

**DATE DEBT INCURRED:** 07/06

**TYPE OF SECURITY (IF ANY)**

**MARKET VALUE:**

IF SECURED, DO YOU PLAN TO REAFFIRM   ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☐ NO

---

Credit Mgmt

**CREDITOR:** Comcast Chicago Seconds 1000

**ADDRESS:** 4200 International
Carrollton, TX 75007
(800) 377-7723

**ACCOUNT #:** 34754199

**AMOUNT OF DEBT:** $242.00

**DATE DEBT INCURRED:** 08/07

**TYPE OF SECURITY (IF ANY)**

**MARKET VALUE:**

IF SECURED, DO YOU PLAN TO REAFFIRM   ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☒ NO

---

**CREDITOR:** AIS Services LLC

**ADDRESS:** 8996 Miramar Rd Ste 220
San Diego, CA 92126
(800) 743-4782

**ACCOUNT #:** 1215685

**AMOUNT OF DEBT:** $115.00

**DATE DEBT INCURRED:** 08/06

**TYPE OF SECURITY (IF ANY)**

**MARKET VALUE:**

IF SECURED, DO YOU PLAN TO REAFFIRM   ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☒ NO

---

**CREDITOR:** National Credit Solution

**ADDRESS:** P.O. Box 15779
Oklahoma City, OK 73155

**ACCOUNT #:** 8724113090

**AMOUNT OF DEBT:** $143.00

**DATE DEBT INCURRED:** 01/10

**TYPE OF SECURITY (IF ANY)**

**MARKET VALUE:** Reaffirm ☒ NO

IF SECURED, DO YOU PLAN TO REAFFIRM   ☐ YES

---

Trident Asset.com

**CREDITOR:** Columbia House DVD

**ADDRESS:** P.O. Box 608832
5755 Northpoint Pkwy Ste
Alpharetta, GA 30022

**ACCOUNT #:** 900.506 0832

**AMOUNT OF DEBT:** $55

**DATE DEBT INCURRED:** 03/10

**TYPE OF SECURITY (IF ANY)**

**MARKET VALUE:** Reaffirm ☒ NO

Jefferson Capital Syst.

**CREDITOR:** Sprint Svcs.

ADDRESS: 16 McLeland Rd

Saint Cloud, MN 56303

(866) 417-2561

ACCOUNT #: 267700438300

AMOUNT OF DEBT: $445

DATE DEBT INCURRED: 10/08

TYPE OF SECURITY (IF ANY)_____

MARKET VALUE:_____

IF SECURED, DO YOU PLAN TO REAFFIRM          ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)  ☒ NO

---

**CREDITOR:** Comcast

ADDRESS:_____

(800) 800-6499

ACCOUNT #: 152394 8791

AMOUNT OF DEBT: $1,379.00

DATE DEBT INCURRED: 06/09

TYPE OF SECURITY (IF ANY)_____

MARKET VALUE:_____

IF SECURED, DO YOU PLAN TO REAFFIRM          ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)  ☒ NO

---

**CREDITOR:** Security Finance

ADDRESS: P.O. Box 3146

Spartanburg SC 29304

ACCOUNT #: 15405

AMOUNT OF DEBT: $700.00

DATE DEBT INCURRED: 11/10

TYPE OF SECURITY (IF ANY)_____

MARKET VALUE:_____

IF SECURED, DO YOU PLAN TO REAFFIRM          ☒ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)  ☐ NO

---

Portfolio Rd

**CREDITOR:** US Cellular

ADDRESS: 287 INDEPENDENCE

Virginia Beach VA 23462

(800) 772-1413

ACCOUNT #: 200244166

AMOUNT OF DEBT: $303.00

DATE DEBT INCURRED: 03/08

TYPE OF SECURITY (IF ANY)_____

MARKET VALUE:_____

IF SECURED, DO YOU PLAN TO REAFFIRM          ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)  ☒ NO

---

Arrow Financial Svc

**CREDITOR:** Plains Commerce Bank

ADDRESS: 5996 W Toughy Ave

Niles IL 60714

(800) 279-0224

ACCOUNT #: 41801136

AMOUNT OF DEBT: $463.00

DATE DEBT INCURRED: 03/08

TYPE OF SECURITY (IF ANY)_____

MARKET VALUE:_____

IF SECURED, DO YOU PLAN TO         REAFFIRM  ☒ NO
                                             ☐ YES

---

Wood Law PC

**CREDITOR:** Direct TV

ADDRESS: 11778 Election Rd STE 24

Draper, UT 84020

(801) 569-3100

ACCOUNT #: 20348614

AMOUNT OF DEBT: $154.00

DATE DEBT INCURRED: 09/08

TYPE OF SECURITY (IF ANY)_____

MARKET VALUE:_____

Reaffirm - ☒ NO

Midland Credit MgmT   Allers Inc.

**CREDITOR:** Tribute MasterCard

ADDRESS: _____

_____

ACCOUNT #: 8521649811

AMOUNT OF DEBT: $919.00

DATE DEBT INCURRED: 01/07

TYPE OF SECURITY (IF ANY) _____

MARKET VALUE: _____

IF SECURED, DO YOU PLAN TO REAFFIRM          ❏ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☒ NO

---

**CREDITOR:** ComED 26499

ADDRESS: 1058 Claussen DR

STE 110

AugustA, GA 30907

ACCOUNT #: CC1247690

AMOUNT OF DEBT: $918

DATE DEBT INCURRED: 02/09

TYPE OF SECURITY (IF ANY) _____

MARKET VALUE: _____

IF SECURED, DO YOU PLAN TO REAFFIRM          ❏ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☒ NO

---

(Medical)

**CREDITOR:** Creditors PR

ADDRESS: 206 W. State St.

Rockford, IL 61101

(815) 964-9331

ACCOUNT #: 10260560000307199

AMOUNT OF DEBT: $552.00

DATE DEBT INCURRED: 05/09

TYPE OF SECURITY (IF ANY) _____

MARKET VALUE: _____

IF SECURED, DO YOU PLAN TO REAFFIRM          ❏ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☒ NO

---

NCO FINANCIAL SYSTEMS INC (800) 477-1827

**CREDITOR:** NICOR Gas

ADDRESS: 1844 Ferry Rd.

Naperville, IL 60563

(630) 305-9500

ACCOUNT #: 184514800

AMOUNT OF DEBT: $553.68

DATE DEBT INCURRED: 08/08

TYPE OF SECURITY (IF ANY) _____

MARKET VALUE: _____

IF SECURED, DO YOU PLAN TO REAFFIRM          ❏ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☒ NO

---

NCO FINANCIAL SYSTEMS, INC (800) 477-1827

**CREDITOR:** NICOR GAS

ADDRESS: 1844 Ferry Rd.

Naperville IL 60563

(630) 305-9500

ACCOUNT #: 823307387

AMOUNT OF DEBT: $502.44

DATE DEBT INCURRED: 06/08

TYPE OF SECURITY (IF ANY) _____

MARKET VALUE: _____

IF SECURED, DO YOU PLAN TO REAFFIRM          ❏ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☒ NO

---

Jeff CAPSYS

**CREDITOR:** 12 SPRINT Svcs.

ADDRESS: 16 McLeland Rd

Saint Cloud, MN 56303

(866) 417-2561

ACCOUNT #: 267700438 3003

AMOUNT OF DEBT: $445.00

DATE DEBT INCURRED: 10/08

TYPE OF SECURITY (IF ANY) _____

MARKET VALUE: _____

IF SECURED, DO YOU PLAN TO REAFFIRM          ❏ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☒ NO

**CREDITOR:** Ford Motor Credit Co

Case
**ADDRESS:** Handler Robert Evans
(312) 258-3417

Wexler Acct # 179503

Case#
**ACCOUNT #:** 02AR733

**AMOUNT OF DEBT:** $3,028.47

**DATE DEBT INCURRED:** 1999?

**TYPE OF SECURITY (IF ANY)** _____

**MARKET VALUE:** _____

IF SECURED, DO YOU PLAN TO REAFFIRM         ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☒ NO

---

**CREDITOR:** Ford Motor Credit Co.

**ADDRESS:** _____

**ACCOUNT #:** 99ARK-1028

1-6-2010 Last update                 Balance due
**AMOUNT OF DEBT:** Judgement 9,816.73   18,702.98?
Interest charged?

**DATE DEBT INCURRED:** 1998-99?

**TYPE OF SECURITY (IF ANY)** _____

**MARKET VALUE:** _____

IF SECURED, DO YOU PLAN TO REAFFIRM         ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☒ NO

---

**CREDITOR:** World Finance

**ADDRESS:** 1214 Currency Court
Rochelle, IL 61068
(815) 562-2600

**ACCOUNT #:** 103700511001

**AMOUNT OF DEBT:** $4,500.00

**DATE DEBT INCURRED:** 09/10

**TYPE OF SECURITY (IF ANY)** _____

**MARKET VALUE:** _____

IF SECURED, DO YOU PLAN TO REAFFIRM         ☒ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☐ NO

---

**CREDITOR:** US Cellular

**ADDRESS:** 10550 Deerwood Park Blvd
Suite 600
Jacksonville, FL 32256
(800) 496-8941
**ACCOUNT #:** 23320965

**AMOUNT OF DEBT:** $3,336

**DATE DEBT INCURRED:** 10/09

**TYPE OF SECURITY (IF ANY)** _____

**MARKET VALUE:** _____

IF SECURED, DO YOU PLAN TO REAFFIRM         ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☒ NO

---

Rockford Mer
**CREDITOR:** Rochelle Municipal Utilities

**ADDRESS:** P.O. Box 5847
Rockford, IL 61125
(815) 229-3328

**ACCOUNT #:** AC6702

**AMOUNT OF DEBT:** $1,114.00

**DATE DEBT INCURRED:** 7/10

**TYPE OF SECURITY (IF ANY)** _____

**MARKET VALUE:** _____

IF SECURED, DO YOU PLAN TO REAFFIRM         ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☒ NO

---

Midland Credit mgmt.
**CREDITOR:** Aspen MasterCard

**ADDRESS:** 8875 Hero Dr
San Diego, CA 92123
(888) 403-6206

**ACCOUNT #:** 852180303

**AMOUNT OF DEBT:** $1,101.00

**DATE DEBT INCURRED:** 02/07

**TYPE OF SECURITY (IF ANY)** _____

**MARKET VALUE:** _____

IF SECURED, DO YOU PLAN TO REAFFIRM         ☐ YES
(KEEP THE PROPERTY AND KEEP MAKING PAYMENTS)   ☒ NO